TINA ELDERKIN *v.* HAMILTON PAVILION HEALTH
CARE ET AL.
(14474)

Dupont, C. J., and Schaller and Spallone, Js.

Argued February 16—decision released March 26, 1996

*Mark W. Oberlatz,* with whom, was *Amy M. Stone,*
for the appellant (plaintiff).

*David C. Davis,* for the appellees (defendants).

PER CURIAM. In this appeal from the decision of
the workers' compensation review board, the plaintiff
assails the factual findings of the trial commissioner.

We have repeatedly stated that we cannot and will not intervene in matters involving the fact-finding function of the trier of fact. This case presents us with no reason to alter this long-standing principle.

Our review of the record and briefs fails to disclose that the trial commissioner and the compensation review board acted other than in accordance with applicable law.

The decision of the compensation review board is affirmed.